IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED    _____ ENTERED
_____ LOGGED    _____ RECEIVED

NOV 0 1 2010

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ PT _____ DEPUTY

UNITED STATES OF AMERICA

\*

vs.

Case No.   RWT-09-471

\*

HECTOR ANTONIO AMAYA FLORES

\*

\*\*\*\*\*\*

ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by Richard Bittner, and the Government was represented by Assistant United States Attorney William Moomau , it is

ORDERED, this ___1st___ day of __November__ ___2010___, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention 102